RECEIVED
*(Rev. 5/1/13)*

DEC 18 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

_____ DIVISION

Lyndell Joseph _____

Plaintiff

Civil Action No. **3:17-cv-1636**   SEC. P

Prisoner # 594172 _____

VS.                                      Judge _____

Capt. Kelly /J.P.C.C                     Magistrate Judge _____

Defendant

## COMPLAINT
### PRISONER CIVIL RIGHTS UNDER 42 U.S.C. § 1983

I.  **Previous Lawsuits**

a.  Have you begun any other lawsuit while incarcerated or detained in any facility?

Yes [    ]   No [✓]

b.  If your answer to the preceding question is "Yes," provide the following information.

1.  State the court(s) where each lawsuit was filed (if federal, identify the District, if state court, identify the County or Parish):

_____

_____

2.  Name the parties to the previous lawsuit(s):

Plaintiffs: _____

Defendants: _____

3.  Docket number(s): _____

4.  Date(s) on which each lawsuit was filed: _____

5.  Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

_____

_____

Page 1 of 4

*(Rev. 5/1/13)*

c. Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?

Yes ☐    No ☑

If your answer to the preceding question is "Yes," state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

_____

II.  a.  **Name of institution and address of current place of confinement:**

Jackson Parish Corr Center/327 Industrial Dr, Jonesboro, La 71251

b.  Is there a prison grievance procedure in this institution?

Yes ☑    No ☐

1. Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?

Yes ☑    No ☐

2. If you did not file an administrative grievance, explain why you have not done so.

_____

3. If you filed an administrative grievance, answer the following question. What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

Grievance was filed waiting to be responded to/we only are giving request for arp

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

III.  **Parties to Current Lawsuit:**

a.  Plaintiff, Lyndell Joseph

Address 327 Industrial Dr. Jonesboro La 71251

*(Rev. 5/1/13)*

b.   Defendant, __Kevin Kelly_____ , is employed as

__Capt._____ at __Jackson Parish Corr. Center__

Defendant, _____ , is employed as

_____ at _____ .

Defendant, _____ , is employed as

_____ at _____ .

Additional defendants, _____

_____

## IV.   Statement of Claim

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

I Lyndell Joseph was being held in J-A which is a lockdown cell apox. 9:00 PM Kevin Kelly was speaking with me about why I was on lockdown when He told me to take off my jumper so that witness Joshua Sant could see the marks on my back from when Capt Kevin Kelly tazed me weeks before at first I refuse Then Capt Kevin Kelly told me if I don't take up my clothes He would taze me again I did as I was told I take off my clothes Capt Kelly started counting the tazer marks out to witness Joshua Sant Capt Kelly then stated I Lyndell Joseph has a nice ass I put my clothes back on the walked with Capt Kelly to the J Dorm inter lock where he smack me The He walk me back to my lockdown cell I told He I would tell He walked out and told the inmates in J Dorm I was a rat

(Rev. 5/1/13)

## V.    Relief

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

I would like capt Kevin Kelly fired I would also like Sexually ~~Hara~~ Harsment Charges Brought up on Kevin Kelly also I would Like $26,000 rstitution

## VI.    Plaintiff's Declaration

a.    I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

b.    I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

c.    If I am located in a prison participating in the Electronic Filing Pilot Program, I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this   Dec   day of   15   , 20   17 .

594172

**Prisoner no. (Louisiana Department of Corrections or Federal Bureau of Prisons)**

Lyndell Joseph

**Signature of Plaintiff**

Page 4 of 4