**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**LYNDELL JOSEPH #594172**                                      **CASE NO. 3:17-CV-01636 SEC P**

**VERSUS**                                                                     **JUDGE ROBERT G. JAMES**

**JACKSON PARISH CORRECTIONAL**                **MAGISTRATE JUDGE KAREN L. HAYES**
**CENTER ET AL**

### MEMORANDUM ORDER

Before the court is a complaint filed on December 18, 2017.  Upon review of the record, the

Court finds that the plaintiff's suit is not in proper form for the following reasons:

Plaintiff has failed to submit either the $400.00 to file a complaint or a completed application to proceed *in forma pauperis*.  **Plaintiff must either send $400.00 or a completed *in forma pauperis* application <u>on approved forms</u> in order to proceed.**

In accordance with the above,

**IT IS HEREBY ORDERED** that plaintiff, within thirty (30) days of the date of this order,

amend the pleadings by submitting the information indicated above to the following address: **Clerk**

**of Court, 300 Fannin Street, Suite 1167, Shreveport, LA 71101-3083.**

**FAILURE TO AMEND THE PLEADINGS AS INDICATED ABOVE WILL RESULT IN THE PLEADINGS IN THE INSTANT COMPLAINT BEING STRICKEN FROM THE RECORD.**

THUS DONE in Chambers on this ___20th___ day of ____December____, 2017.

Karen L. Hayes
United States Magistrate Judge

w/Enclosures to plaintiff: IFP application